B26 (Official Form 26) (12/08)

## United States Bankruptcy Court
Eastern _____ District of _New York_

In re _Isack Rosenberg_
In re: _Abraham Rosenberg_
            Debtor

Case No. _1-09-46326-CEC_
Case No. _1-09-46327-CEC_
Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _8/31/09_ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Waterfront Realty llc | | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.

2

Date: 8|31|09

_____

Signature of Authorized Individual

_____

Name of Authorized Individual

_____

Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____

Signature of Debtor

_____

Signature of Joint Debtor

B26 (Official Form 26) (12/08) – Cont.

## Exhibit A
## Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

B26 (Official Form 26) (12/08) – Cont.

**Exhibit B**
**Financial Statements for [Insert Name of Entity]**

Waterfront Realty llc.

B26 (Official Form 26) (12/08) – Cont.

5

## Exhibit B-1
## Balance Sheet for [Name of Entity]
### As of [date]

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

See attached

Form 1065 (2008)    WATERFRONT REALTY II LLC    CYE 12/31/08    11-2595944    Page 5

## Analysis of Net Income (Loss)

| | | | | | | | 112,484. |
|---|---|---|---|---|---|---|---|
| 1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | | | 1 | |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | 112,484. | | | |
| b Limited partners | | | | | | |

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 41,191. | | 216,088. |
| 2a Trade notes and accounts receivable | 1,443,732. | | 1,013,190. | |
| b Less allowance for bad debts | | 1,443,732. | | 1,013,190. |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | STATEMENT 4 | 243,480. | | 241,134. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 1,596,763. | | 1,596,763. | |
| b Less accumulated depreciation | 1,568,959. | 27,804. | 1,580,853. | 15,910. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | 438,100. | | 438,100. |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 2,194,307. | | 1,924,422. |
| Liabilities and Capital | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | 150,000. | | 150,000. |
| 17 Other current liabilities (attach statement) | STATEMENT 5 | 5,200. | | 12,279. |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 3,757,433. | | 3,605,699. |
| 20 Other liabilities (attach statement) | STATEMENT 6 | 105,245. | | 105,245. |
| 21 Partners' capital accounts | | -1,823,571. | | -1,948,801. |
| 22 Total liabilities and capital | | 2,194,307. | | 1,924,422. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 112,484. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest  $ | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a Depreciation  $ | | |
| a Depreciation  $ | | | | |
| b Travel and entertainment  $ | | 8 Add lines 6 and 7 | | |
| | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | 112,484. |
| 5 Add lines 1 through 4 | 112,484. | | | |

## Schedule M-2    Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -1,823,571. | 6 Distributions:  a Cash | | 237,714. |
| 2 Capital contributed:  a Cash | | b Property | | |
| b Property | | 7 Other decreases (itemize): | | |
| 3 Net income (loss) per books | 112,484. | | | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | | 237,714. |
| | | 9 Balance at end of year. Subtract line 8 from line 5 | | -1,948,801. |
| 5 Add lines 1 through 4 | -1,711,087. | | | |

811541
12-31-08    5    Form 1065 (2008)

14231018 760174 WATERFRONT    2008.03062 WATERFRONT REALTY II LLC    WATERFR1

B26 (Official Form 26) (12/08) – Cont.                                                    6

## Exhibit B-2
### Statement of Income (Loss) for [Name of Entity]
Period ending [date] 8\31\09

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the
          most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

See attached

WATERFRONT REALTY, LLC
STATEMENT OF OPERATIONS
MONTH OF AUGUST 2009

Rental Income                                                                    $95,409

Operating Expenses

| | | |
|---|---:|---:|
| Interest expense | $21,162 | |
| Property taxes | 18,767 | |
| Bank charges | 28 | |
| Management | 3,768 | |
| Legal fees | 475 | |
| Repairs | 826 | |
| Office supplies | 781 | |
| Water | 76 | |
| Total Operating Expenses | | 45,883 |

Net Income                                                                       $49,526

B26 (Official Form 26) (12/08) – Cont.

7

## Exhibit B-3
## Statement of Cash Flows for [Name of Entity]
For the period ending [date] 8/31/09

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the
        most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

See attached

WATERFRONT REALTY CORP.
STATEMENT OF CASH FLOWS
AUGUST 2009

Cash Flows From Operating Activities:

Net Income                                                                              $ 95,409

Adjustment to reconcile net income to net cash provided

by operating activities:

   Accounts receivable                                                          29,407

   Net Cash Provided by Operating Activities                      124,816

Cash Flows Provided by Financing Activities:

Clymer                                                                                     (16,000)

L&E - Markowitz Eli                                                                 (7,000)

L/R McCaren Park                                                                 (20,000)

Partners Capital - IR                                                              (7,666)

Partners Capital - IR - Sunset                                                3,000

   Net Cash Flows Provided by Financing Activities             (47,666)

Net Increase in Cash                                                            $ 77,150

8

B26 (Official Form 26) (12/08) – Cont.

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]**
period ending [date] 8│31│09

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following
periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the
        most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

See    attached   Cash receipts   and   disbursements

# Waterfront Realty II LLC

10/19/2009 3:23 PM

Register: Signature WFR II LLC 544089

From 08/01/2009 through 08/31/2009

Sorted by: Date and Order Entered

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|--------:|---|--------:|--------:|
| 08/01/2009 | 2205 | Cong Sharei Tova | Partners Capital:IR | 10% interest on... | 1,250.00 | X | | -278,179.66 |
| 08/01/2009 | 2233 | J Friedman | Management | August | 568.13 | X | | -278,747.79 |
| 08/01/2009 | 2234 | J Friedman | Management | August | 3,200.00 | X | | -281,947.79 |
| 08/01/2009 | | Capitol One | Capital One Bank-WF... | accured | 52,070.00 | | | -334,017.79 |
| 08/03/2009 | 2235 | NYC Water Board | Taxes:Water | Acct #40003-0... | 75.55 | X | | -334,093.34 |
| 08/04/2009 | | | Partners Capital:IR:Su... | Orgil Inc. repa... | | X | 8,000.00 | -326,093.34 |
| 08/04/2009 | | Wexton Inc | Receivables | 8/1/09 | | X | 57,479.69 | -268,613.65 |
| 08/04/2009 | 2248 | Eli Markowitz | L&E:Markowitz Eli | | 500.00 | X | | -269,113.65 |
| 08/04/2009 | | | Partners Capital:IR:Su... | Bsd Bounced c... | 8,000.00 | X | | -277,113.65 |
| 08/05/2009 | 2236 | 186 Clymer St. Realty | Clymer | | 16,000.00 | X | | -293,113.65 |
| 08/05/2009 | 2237 | Sadonia Kohn | Partners Capital:IR | | 7,500.00 | X | | -300,613.65 |
| 08/05/2009 | 2238 | Podell Schwartz | Prof Fee:Legal | 3-2134-1 | 475.00 | X | | -301,088.65 |
| 08/05/2009 | | Kentco Kitchens | Receivables | | | X | 7,929.17 | -293,159.48 |
| 08/05/2009 | | Kentco Kitchens | Receivables | | | X | 7,929.17 | -285,230.31 |
| 08/05/2009 | Trnsfr | | Signature MMA | reserved for IR ... | 95,261.00 | X | | -380,491.31 |
| 08/06/2009 | 2239 | Eli Markowitz | L&E:Markowitz Eli | | 1,000.00 | X | | -381,491.31 |
| 08/06/2009 | 2240 | Eli Markowitz | L&E:Markowitz Eli | | 1,000.00 | X | | -382,491.31 |
| 08/06/2009 | 2241 | Eli Markowitz | L&E:Markowitz Eli | | 1,000.00 | X | | -383,491.31 |
| 08/06/2009 | 2242 | Eli Markowitz | L&E:Markowitz Eli | | 1,000.00 | X | | -384,491.31 |
| 08/06/2009 | 2243 | Eli Markowitz | L&E:Markowitz Eli | | 1,000.00 | X | | -385,491.31 |
| 08/10/2009 | 2244 | Warren Elevator Serv... | Repairs:Elevator | Ivoice#35221 3... | 411.82 | X | | -385,903.13 |
| 08/10/2009 | 2245 | Warren Elevator Serv... | Repairs:Elevator | Ivoice#35512 3... | 413.73 | X | | -386,316.86 |
| 08/10/2009 | Wire | W Financial | L/R:McCaren Park | N 11 refi - goo... | 20,000.00 | X | | -406,316.86 |
| 08/11/2009 | 2249 | Eli Markowitz | L&E:Markowitz Eli | | 500.00 | X | | -406,816.86 |
| 08/12/2009 | | | Partners Capital:IR:Su... | REPAYING W... | | X | 3,000.00 | -403,816.86 |
| 08/17/2009 | | | Partners Capital:IR:Su... | bounced ck#72... | 3,000.00 | X | | -406,816.86 |
| 08/17/2009 | | | Partners Capital:IR:Su... | replacement for... | | X | 3,000.00 | -403,816.86 |
| 08/18/2009 | 2250 | Eli Markowitz | L&E:Markowitz Eli | | 500.00 | X | | -404,316.86 |
| 08/24/2009 | | Wexton Inc | Receivables | | | X | 57,399.70 | -346,917.16 |
| 08/25/2009 | 2251 | Eli Markowitz | L&E:Markowitz Eli | | 500.00 | X | | -347,417.16 |
| 08/26/2009 | | | Partners Capital:IR | REFUND FOR... | | X | 1,083.70 | -346,333.46 |
| 08/28/2009 | 2253 | Blumberg | Supp:Office | | 780.86 | | | -347,114.32 |
| 08/31/2009 | | | Charges:Bank | | 24.81 | X | | -347,139.13 |

B26 (Official Form 26) (12/08) – Cont.                                                    9

## Exhibit C
## Description of Operations for [name of entity]

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

Real Estate

B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
Eastern _____ District of _New York_

In re _Sack Rosenberg_
In re: Abraham Rosenberg
　　　　　Debtor

Case No. _1-09-46326-CEC_
Case No. _1-09-46327-CEC_
Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _9/31/09_ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Waterfront Realty llc | | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                          2

Date: 9 30 09

_____

Signature of Authorized Individual

_____

Name of Authorized Individual

_____

Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____

Signature of Debtor

_____

Signature of Joint Debtor

B26 (Official Form 26) (12/08) – Cont.

### Exhibit A
### Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

4

B26 (Official Form 26) (12/08) – Cont.

**Exhibit B**
**Financial Statements for [Insert Name of Entity]**

Waterfront Realty llc

5

B26 (Official Form 26) (12/08) – Cont.

### Exhibit B-1
### Balance Sheet for [Name of Entity]
As of [date]

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

See attached

Form 1065 (2008)    WATERFRONT REALTY II LLC    11-2595944    Page 5

### Analysis of Net Income (Loss)

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | | | 112,484. |
|---|---|---|---|---|---|---|---|
| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee Other |
| a | General partners | | | 112,484. | | | |
| b | Limited partners | | | | | | |

### Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 41,191. | | 216,088. |
| 2a Trade notes and accounts receivable | 1,443,732. | | 1,013,190. | |
| b Less allowance for bad debts | | 1,443,732. | | 1,013,190. |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | STATEMENT 4 | 243,480. | | 241,134. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 1,596,763. | | 1,596,763. | |
| b Less accumulated depreciation | 1,568,959. | 27,804. | 1,580,853. | 15,910. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | 438,100. | | 438,100. |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 2,194,307. | | 1,924,422. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | 150,000. | | 150,000. |
| 17 Other current liabilities (attach statement) | STATEMENT 5 | 5,200. | | 12,279. |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 3,757,433. | | 3,605,699. |
| 20 Other liabilities (attach statement) | STATEMENT 6 | 105,245. | | 105,245. |
| 21 Partners' capital accounts | | 1,823,571. | | 1,948,801. |
| 22 Total liabilities and capital | | 2,194,307. | | 1,924,422. |

### Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note.** Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 112,484. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ _____ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation $ _____ | |
| a | Depreciation $ _____ | | | | |
| b | Travel and entertainment $ _____ | | 8 | Add lines 6 and 7 | |
| | | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 112,484. |
| 5 | Add lines 1 through 4 | 112,484. | | | |

### Schedule M-2 | Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -1,823,571. | 6 | Distributions: a Cash | 237,714. |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | 112,484. | | | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | Add lines 6 and 7 | 237,714. |
| 5 | Add lines 1 through 4 | 1,711,087. | 9 | Balance at end of year. Subtract line 8 from line 5 | 1,948,801. |

14231018 760174 WATERFRONT    2008.03062 WATERFRONT REALTY II LLC    WATERFR1

B26 (Official Form 26) (12/08) – Cont.

## Exhibit B-2
## Statement of Income (Loss) for [Name of Entity]
Period ending [date]    9-30-09

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

See attached

WATERFRONT REALTY, LLC
STATEMENT OF OPERATIONS
MONTH OF SEPTEMBER 2009

| | | |
|---|---|---|
| Rental Income | | $  95,360 |
| | | |
| Operating Expenses | | |
| Interest expense | $21,162 | |
| Property taxes | 18,767 | |
| Management | 3,768 | |
| Repairs | 414 | |
| Water | 5,693 | |
| Telephone | 71 | |
| Total Operating Expenses | | 49,875 |
| | | |
| Net Income | | $45,485 |

B26 (Official Form 26) (12/08) – Cont.

### Exhibit B-3
<u>Statement of Cash Flows for [Name of Entity]</u>
For the period ending [date]   9-30 -09

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the
        most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

See   attached

WATERFRONT REALTY CORP.
STATEMENT OF CASH FLOWS
SEPTEMBER 2009

Cash Flows From Operating Activities.

Net Income                                                          $ 95,360

Adjustment to reconcile net income to net cash provided

by operating activities:

   Accounts receivable                                           (6,948)

     Net Cash Provided by Operating Activities                88,412

Cash Flows Provided by Financing Activities

L&E - Markowitz Eli                                                  (500)

L/R 186 Clymer St.                                                  (15,000)

Partners Capital - IR                                               (16,238)

     Net Cash Flows Provided by Financing Activities          (31,738)

Net Increase in Cash                                               $ 56,674

8

B26 (Official Form 26) (12/08) – Cont.

Exhibit B-4
Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]
period ending [date]   9-30-09

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

See    attached  Cash receipts and  disburstments

# Waterfront Realty II LLC

10/19/2009 3:24 PM

Register: Signature WFR II LLC 544089

From 09/01/2009 through 09/30/2009

Sorted by: Date and Order Entered

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 09/01/2009 | 2206 | Cong Sharei Tova | Partners Capital:IR | 10% interest on... | 1,250.00 | | | -348,389.13 |
| 09/01/2009 | 2246 | J Friedman | Management | Sep | 3,200.00 | | | -351,589.13 |
| 09/01/2009 | 2247 | J Friedman | Management | Sep | 568.13 | | | -352,157.26 |
| 09/01/2009 | 2252 | Eli Markowitz | L&E:Markowitz Eli | | 500.00 | | | -352,657.26 |
| 09/01/2009 | 2254 | Isack Rosenberg | Partners Capital:IR | | 10,138.40 | | | -362,795.66 |
| 09/01/2009 | 2255 | Isack Rosenberg | Partners Capital:IR | | 2,600.00 | | | -365,395.66 |
| 09/01/2009 | | Capitol One | Capital One Bank-WF... | accured | 52,070.00 | | | -417,465.66 |
| 09/03/2009 | 2258 | Verizon | Telephone | 718 782-9204 | 70.95 | | | -417,536.61 |
| 09/07/2009 | 2259 | Warren Elevator Serv... | Repairs:Elevator | Invoice #'s 358... | 413.73 | | | -417,950.34 |
| 09/21/2009 | 2260 | NYC Water Board | Taxes:Water | Acct #90003-0... | 5,692.76 | | | -423,643.10 |
| 09/23/2009 | | Certified Lumber Corp | Receivables | | | X | 30,000.00 | -393,643.10 |
| 09/23/2009 | 2261 | 186 Clymer St. Realty | L/R:186 Clymer St. | | 15,000.00 | | | -408,643.10 |
| 09/24/2009 | | Kentco Kitchens | Receivables | | | | 7,929.17 | -400,713.93 |
| 09/25/2009 | | Kentco Kitchens | Receivables | | | | 7,929.17 | -392,784.76 |
| 09/25/2009 | WIRE | Joel Rosenberg | Partners Capital:IR | July | 2,250.00 | | | -395,034.76 |
| 09/28/2009 | | Wexton Inc | Receivables | | | | 60,397.23 | -334,637.53 |

B26 (Official Form 26) (12/08) – Cont.                                              9

## Exhibit C
## Description of Operations for [name of entity]

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

Real Estate